UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIM A. CHAMPION,

                        Plaintiff,                      18 **CIVIL** 4955 (PAE)

          -against-                          **JUDGMENT**

NEW YORK STATE OFFICE OF PARKS
RESREATION AND HISTORIC
PRESERVATION,
                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 4, 2020, the court grants Park's motion for summary judgment is granted; accordingly, this case is closed.

**Dated:**  New York, New York
         November 4, 2020

                                                                   **RUBY J. KRAJICK**
                                                         _____
                                                                     Clerk of Court
                                           **BY:**
                                                                    _____
                                                                       Deputy Clerk